■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY STOVER, Appellant. [618 NYS2d 544] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Cacciabaudo, J.), rendered June 21, 1993.

Ordered that the judgment is affirmed (see, People v Pelle-

*grino,* 60 NY2d 636). Mangano, P. J., Lawrence, Copertino, Krausman and Goldstein, JJ., concur.